UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN POULLARD (# 98999)

VERSUS                                                                 CIVIL ACTION

LAURITA WOODS, ET AL                    NO. 09-330-JVP-SCR

## RULING

This matter is before the court on John Poullard's three appeals (docs. 45, 46, & 49) of Magistrate Judge Stephen Riedlinger's ruling on motion for sanction (doc. 36), ruling on motion to compel admissions (doc. 41), and second ruling on motion for sanctions (doc. 43).

Having carefully reviewed the Magistrate Judge's rulings, the court concludes that none are clearly erroneous or contrary to law within the meaning of 28 U.S.C. § 636(b)(1)(A) and Local Rule 74.1M.

Accordingly, plaintiff's appeals (docs. 45, 46, & 49) are hereby **DENIED**.

Baton Rouge, Louisiana, January 12, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA